# UNITED STATES DISTRICT COURT
## Northern District of Ohio

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                            Case No.: 4:16−cr−00088−SL

                                                        Judge Sara Lioi

Jennifer A. Lee, et al.

                                Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Hearing as to defendant Jennifer A. Lee; an initial appearance and arraignment are scheduled for 5/10/16 at 11:00 AM in Courtroom 242 in Youngstown, Ohio before Magistrate Judge George J. Limbert. (S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse & Federal Building
125 Market Street
Youngstown, OH
44503

May 9, 2016

                                                                  Geri M. Smith, Clerk
                                                Anita Ann Schenker, Deputy Clerk