AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL
2016 APR 15 PM 2: 46
NORTHERN DIST OF OHIO
YOUNGSTOWN

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

United States of America
v.
Jennifer A. Lee

Case No. 4:16CR88-11

*Defendant*

FILED
2016 MAY -9 PM 2: 56
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jennifer A. Lee,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 371: Conspiracy to defraud food stamp programs;
7 U.S.C. Section 2024(b) & 18 U.S.C. Section 2: Food stamp fraud

Date: 04/15/2016

*Issuing officer's signature*

City and state: Youngstown, Ohio

George J. Limbert, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* April 15, 2016, and the person was arrested on *(date)* May 9, 2016
at *(city and state)* Youngstown, OH.

Date: 5-9-16

I hereby certify that this instrument is a true and correct copy of the original on file in my office.

Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: *Anita Schenk*
Deputy Clerk

*Arresting officer's signature*

Keith Younger - Deputy US Marshal
*Printed name and title*