# UNITED STATES DISTRICT COURT
## Northern District of Ohio

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                  Case No.: 4:16−cr−00088−SL

                                                           Judge Sara Lioi

Jennifer A. Lee, et al.

                Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Hearing (Summons) as to defendant Jennifer A. Lee; a change of plea hearing is scheduled before Magistrate Judge George J. Limbert in Courtroom 242 in Youngstown, Ohio on 6/9/16 at 11:00 a.m. (S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse & Federal Building
125 Market Street
Youngstown, OH
44503

June 3, 2016

                                                                       Geri M. Smith, Clerk
                                                      Anita Ann Schenker, Deputy Clerk